UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD T. HEIT

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 08-0826-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, without prejudice to later application upon exhaustion of state court remedies.

Baton Rouge, Louisiana, May 21, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46068